IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES GODSPOWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-1058 |
| ) | |
| SHERIFF ROBERT ARNOLD, ) | Judge Trauger |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Charles Godspower has filed a second motion for reconsideration of this court's denial of his motion for appointment of counsel. (ECF No. 32.) In support of his motion, he states that he is incarcerated at the Hardeman County Correctional Facility, that he suffers from schizophrenia, and that he will be unable to request and secure medical records from the different practitioners who have treated him or to locate, interview, and depose witnesses needed to present his case. The plaintiff's second motion to reconsider must be denied for the same reasons as those set forth in the order denying the first motion for reconsideration and in the original order denying his motion for appointment of counsel. The plaintiff does not have a constitutional right to the appointment of counsel to represent him as a plaintiff in a civil lawsuit. He states that he needs medical records and witnesses to support his version of events, but his first legal hurdle will be to establish that the Rutherford County Sheriff's Department adopted a policy or procedure that led to his injuries. The plaintiff's second motion to reconsider (ECF No. 32) is therefore **DENIED**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge