# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHARLES GODSPOWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 3:13-1058 |
| vs. ) | JUDGE TRAUGER/KNOWLES |
| ) | |
| ) | |
| ROBERT ARNOLD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The pro se prisoner Plaintiff has submitted a letter dated April 15, 2014, to Judge Trauger. Docket No. 48. The letter states in part:

> I am aware that I have no constitutional right for appointment of counsel. I won't be able to meet the requirements under due process. In fact, I was under deadline and may as well be under deadline come April 30th, 2014.
>
> I will swear an oath to pay back the attorney's fee if you appoint counsel to represent me. I have already started paying installment payments on court costs and fees. Could you consider appointment of the federal public defender?

*Id.*

Plaintiff has previously filed a Motion for the Appointment of Counsel (Docket No. 3), which was denied by Judge Trauger. Docket No. 6. Judge Trauger stated that the dismissal was "without prejudice to [Plaintiff's] ability to raise the issue again at a later date if circumstances warrant." *Id*.

The undersigned will treat the instant letter as a Motion to Reconsider Judge Trauger's

prior Order. Plaintiff, however, has shown no new circumstances that would warrant the appointment of counsel. Plaintiff is also advised that the office of the Federal Public Defender represents Defendants in criminal proceedings, not Plaintiffs in civil actions.

For the foregoing reasons, the instant Motion to Reconsider (Docket No. 48) is DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge